IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:04cr150-MHT |
| TIMOTHY RUSSELL | ) | (WO) |

### ORDER

In view of the fact that defendant Timothy Russell was ordered to participate in the court's Reentry Program (Doc. No. 82), it is ORDERED that the Probation Office shall prepare a written report for this court detailing defendant Russell's progress and participation in the Reentry Program. Probation shall file this report with the court by 9:00 a.m. on January 2, 2013.

Defense counsel should be prepared to comment on the accuracy or inaccuracy of said report at the revocation hearing occurring January 2, 2013.

DONE, this the 21st day of December, 2012.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE